■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BLACKSHEAR, Appellant. [38 NYS3d 480]—Motion for writ of error coram nobis denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and Curran, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN VIERA-MORALES, Appellant. [38 NYS3d 483]—Motion for writ of error coram nobis denied. Present—Centra, J.P., Peradotto, Carni, Lindley and DeJoseph, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN C. MEDINA, Appellant. [38 NYS3d 483]—Motion to dismiss appeal granted. Present—Whalen, P.J., Smith, Lindley and Scudder, JJ.

■ MICHAEL C. KERWIN, Respondent, v JOSEPH FUSCO et al., Defendants, and BH DECKER, INC., Appellant. (And a Third-Party Action.) [38 NYS3d 485]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Carni, NeMoyer and Curran, JJ.

■ KENNETH P. GOLDEN, Appellant, et al., Plaintiff, v SASHA PAVLOV-SHAPIRO, M.D., et al., Respondents. [38 NYS3d 483]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Peradotto, J.P., Lindley, DeJoseph, Curran and Scudder, JJ.

■ DARLENE M. LOHNAS, Respondent, v FRANK A. LUZI, M.D., et al., Appellants. (Appeal No. 2.) [38 NYS3d 485]—Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted. Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.

■ JEREMIAH CULLEN, Respondent, v AT&T, INC., et al, Appellants. [38 NYS3d 486]—Motion for leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Peradotto, Lindley, NeMoyer and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TRACY L. BROOKS, Appellant. [38 NYS3d 483]—Motion for reargument denied. Present—Whalen, P.J., Peradotto, Lindley, DeJoseph and NeMoyer, JJ.